IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 2:20-305

HAROLD SOSNA

## PRELIMINARY FORFEITURE JUDGMENT

AND NOW, this __19th__ day of __November_____, 2020, upon

consideration of the United States' Motion for Preliminary Order of Forfeiture Judgment Against

Harold Sosna, it is hereby ORDERED that the Motion is GRANTED, and that a preliminary *in*

*personam* money judgment in the amount of $59,240,000.00 is hereby entered against Harold

Sosna and in favor of the United States of America, pursuant to 18 U.S.C. § 982(a)(2) and Rule

32.2(b) of the Federal Rules of Criminal Procedure.   This forfeiture judgment will be made part

of the defendant's sentence and included in his criminal judgment.


_____
United States District Judge