UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

                    Plaintiff,

                                    Case No.: 2:20-cr-00305-MJH

v.                                 JUDGE MARILYN J. HORAN

HAROLD SOSNA,

                    Defendant.


---

## SUPPLEMENT TO SENTENCING MEMORANDUM

---

       Defendant Harold Sosna supplements his Sentencing Memorandum with the following letters of support.


                                  Respectfully submitted,

                                    */s/ Herbert J.  Haas*
                                    HERBERT J. HAAS (#15411)
                                    Attorney for Defendant
                                    HAAS & HAAS LAW, LLC
                                    114 East Eighth Street
                                    Cincinnati, Ohio 45202
                                    Phone: (513) 721-1126, Fax: (513) 621-2525
                                    Herb@HaasandHaasLaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed on the 10th day of August 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Assistant U.S. Attorney.

<u>*s/ Herbert J. Haas*</u>
Herbert J. Haas (#15411)

Jennifer Lazaroff
10294 Ryan's Way
Cincinnati, OH 45241

December 16, 2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

My name is Jennifer Lazaroff and I am writing to ask for leniency for my father, Harold
Sosna. My dad is a loving and decent man and his poor decisions in this case do not reflect
his extraordinary career or loyal dedication to family. Your Honor, I am grateful for this
opportunity to tell you about my dad from my point of view.

My dad was born to two Holocaust survivors coming to Canada without a dollar in their
pocket.  His parents did the best they could, but my dad did not grow up with a luxury of a
childhood.  He had to work at an extremely young age to help his parents pay the bills and it
was at the time that he vowed to himself he would sacrifice his own needs to ensure the
happiness and innocence of his own children. This mentality has stuck with him his entire
adult life as his two biggest passions were his work and his family. He is the most driven
person that I know and I have always been proud to be his daughter.

As a child, I knew that my dad had an important job that meant a lot to him. Despite never
bringing his work home with him, he always modeled an extremely hard work ethic which I
admired. He taught me the importance of hard work and finding passion in your successes. I
remember the first time my dad gave me a tour of one of his care centers. It was obvious that
he loved his work and was passionate about caring for the residents and his employees. He
was so proud to point out the beauty salon and community spaces and it was very clear that
he wanted every resident to be happy.

Scanned with CamScanner

My siblings and I all understood that our dad was a busy man, but somehow he managed to always be present attending the big events and even the small ones as well. He also spent hours editing all of our papers and helping us with school projects. Despite his busy career, he answered every phone call and said yes to every request. It did not matter if it meant running to a store at any hour of the day because one of his children needed something or attending every little league game, dance performance, and school event, my dad was always there. I have really grown to appreciate this even more as I am now a parent with three young children. I do not know how he managed to juggle a demanding career while also being so present with his 6 children and wife. It has been amazing watching him shift this attitude towards his 5 grandchildren as well. The kids love playing with their Pops.

My family loved sports, so my dad took us to local sporting events like football and basketball. We had such a good time cheering on our favorite teams and spending time together. It showed me the importance of family and the impact of building memories with the people you love. We all knew that our dad was devoted to our happiness and wellbeing. If we had a dream, we knew that dad would do everything in his power to help us realize it.

My dad is my rock and has always been a wise and steady counselor when I have an emotional challenge in life. As I am a naturally indecisive person, I can always count on my dad to help me talk through these life-altering decisions. From choosing a college and career path to parenting questions, he has always helped me gain perspective and feel confident in my choices. My father has always been my security blanket and I love him very much. I know how blessed I am to be his daughter.

My father made these terrible decisions under very stressful circumstances. So many people relied on him and he clearly lost his way. I wish he had chosen another path to avoid this painful outcome. My father's actions came as a complete shock to everyone. After a lifetime of service, my father is devastated by the way his career ended. I hope this court will review his long record of providing care to people at their most fragile moments.

Your Honor, please keep my words in mind as you deliberate over my father's sentence. I hope you will consider showing him mercy.

Respectfully,

Jennifer Lazaroff

# BRANDON SOSNA

brandon.sosna@gmail.com  •  987 W 30th St.  •  Los Angeles, CA 90007  •  (513) 403-0059

---

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

My name is Brandon Sosna, and I'm the youngest of Harold Sosna's six children. I'm a proud graduate of the University of Pennsylvania and currently fulfilling my dream of working in the sports industry as the Executive Senior Associate Athletic Director and Chief of Staff for the University of Southern California Department of Athletics.

Your Honor, I am grateful for the opportunity to advocate for leniency on behalf of my father. From a young age, my father instilled strong core values in me. I was taught to always work hard, do things the right way, relentlessly pursue my goals, and that family is sacred. Those guiding principles define how I have lived my life: I thrived in my academic endeavors, began my professional journey as an ambitious eighth grader, and started non-profit organizations. These values are so deeply rooted in my being that I've never even so much as received a speeding ticket!

I modeled these behaviors after my father. Until I began working in the real world the concept of a "9-to-5" job never existed to me, because my father was always off to the office before I woke up, and we ate dinner after 7pm every evening because that's when he returned. My four grandparents were Holocaust survivors who lost nearly all of their immediate family members to those atrocities, and we were determined to learn from their experiences. Until I moved to Los Angeles, all six of my father's adult children (and now grandchildren) lived within a few minutes of our parents' house. Per our long-standing tradition, we continue to regularly enjoy Friday night dinners together. It has always been this way in our family. Yet despite how many hours my father worked so that he could give us the life he didn't have growing up in Canada, he never missed any important family moments. I took for granted all those years that my father would wake up at 6am on a Saturday after a long week to drive me an hour to a baseball tournament and how he would always make it to my 4pm weekday games in high school. As an adult, I now understand the sacrifice that required and inconvenience that caused.

I think the best compliment any child can give a parent is that they were provided everything necessary to achieve their dreams. My father has done that for me. Regardless of his own beliefs and ideas about the individual ambitions of his children, he was always supportive and always delivered. He never asked for anything in return and – even more than that – never tried to hold his selflessness over our heads. We were not as appreciative as we should have been, but he was undeterred and unaffected because he took comfort in his primary purpose in life as a provider for his loved ones. For me and my dreams, this manifested in the once-in-a-lifetime opportunity to be one of 32 people in the entire world to work as a salary cap and contract analyst for an NFL organization. I departed for Cleveland in July of 2017, but when I returned to Cincinnati for a new professional opportunity in 2019 my father was a skeleton of his former self. He couldn't be bothered after work in the evenings until he consumed a heavy alcoholic beverage; he swallowed a parade of pills each night; he became detached and irritable; he vacillated between debilitating headaches and crippling dizziness; and he grew disinterested in activities that used to give him joy, like going to sporting events. Frankly, Your Honor, we

all saw the signs, we whispered about them, and we failed him by doing nothing. That's a burden all whom are close to him must carry. Our family is devastated, as are so many of my father's employees and patients who revered him. We also feel for the victims who are nameless and faceless to us. We don't take that lightly in asking for leniency for our father.

The hardest part for me is reconciling that my father - a man whom I've aspired to be like and whose many traits I know I share - would be capable of making such poor and harmful choices. However, I forgive him, and I wholeheartedly support him as he faces the consequences of his actions. I forgave him because in a world in which we are seemingly always defined by our worst moments, I know who he is – the family he raised and his contributions to this world through a lifetime of service to others are a far greater reflection of his character and values than what he did at his worst and most desperate moment. I respect that with his feet protruding through the very rock bottom of the world, he faced his family, owned his bad judgments, took accountability for his behaviors, and committed that, even though he couldn't change what he had done, his subsequent actions would rise to the level of the expectations he demanded from each of us. He confronted his mistakes and set an example his children and grandchildren can learn from, even if this was a lesson we so desperately wish we did not need.

Most parents have the luxury of enjoying their children's ascent into financial independence after college. Alternatively, in my father's case, after funding private school, college, business startups, housing, and so much more, he was still financially supporting himself, his spouse, five of his six children, and all of his grandchildren through employment in his businesses. Recognizing the enormity of his responsibilities, I cannot begin to fathom the suffocating stress my father endured as the weight of the impending collapse of his family's livelihood – and those monstrous MCAs – bore down on him. His rash, out-of-character behavior makes a lot more sense now.

Your Honor, during your 25 years of decorated service on the bench, I can only imagine the explanations you've heard and read. However, I find most compelling that for decades my father was a respected and renowned professional with impeccable integrity in an industry that is inherently defined by aiding those in need. He took pride in delivering a world-class experience to his patients, and he was recognized for it. As the facts of this case reveal, there is a clear and incontrovertible causal relationship between my father's actions and the financial strain induced by the family businesses my siblings operated. Sadly, I recall meeting with my father at his office during a visit home in the summer of 2018, and I implored him to change course because our family businesses were on an unsustainable trajectory. He acknowledged his understanding of that fact, but confided in me that it was a family matter, and he had no choice but to continue onward. I only wish I knew at that time the lengths he would ultimately go to try to prevent our collective demise. In reality, the abstract and incomprehensible threat of future penalty never stood a chance against the immediate risk to his family.

Your Honor, my father is a good man, great dad and grandpa, and respected leader who made bad choices under extreme duress. He has no history of wrongdoing or unethical behavior. That our family has fractured and lost everything – and the overwhelming sense of shame and guilt he feels toward those he hurt – is a far harsher punishment for him than imprisonment. I beg that you will show mercy as you consider my father's sentence and trust that his efforts toward restitution upon the conclusion of his sentence will resemble the morality he demonstrated his first 66 years in this world as opposed to that which he displayed during only parts of the past two years. Thank you for the opportunity to share my perspective.

Sincerely,

Brandon Sosna

December 20, 2020


Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219


Dear Judge Horan,

I am writing on behalf of Harold Sosna who has been convicted after pleading guilty to bank fraud and is awaiting sentencing. I have known Harold since 1992 when I moved to Cincinnati to become the Senior Rabbi at Adath Israel Congregation. I not only know his wife, Faye, but all his children and I knew his parents and his in-laws. When I learned of the charges against him, I was shocked as were many, if not most everyone who knows Harold.

After serving as a rabbi for over forty years, there is not much that surprises me, but this did. Several of my congregants over the years were found guilty of what we euphemistically refer to as white collar crime. White collar or whatever collar or no collar, it is crime, serious crime. However, with the others both in my synagogue and in the larger Jewish community, I was not shocked or even surprised. Why is this? Because Harold in all ways I know him is a generous, compassionate, and respectful person and this is I believe overwhelmingly is who Harold Sosna is in his essence.

I remember twenty or so years ago a member of the Jewish community, a husband, father, son and, until a certain existential moment, a person who never committed a crime robbed a bank because of the stress and fear he was going through due to financial pressure and hardship. Guilty as guilty can be but a non-sequitur in his otherwise honest life for six decades or more. Perhaps for me this narrative helps me understand Harold's crime. There are many others who otherwise were honest and respectful people who committed serious crimes that hurt others as Harold has acknowledged he did. Life is complicated. I need not tell you this for sure. In Genesis, God tells Cain that he needs to know that evil is lurking at his door but also, he needs to know that he can rule over it. Most of us most of the time do. And then so tragically for us there are those moments when we do not rule over it.

Not too many years ago I was honored to share a teaching at the opening of the annual Cincinnati Bar Association luncheon. I quoted Deuteronomy 16:20 where the Torah commands us: "Justice, justice thou shall pursue." Traditional biblical commentary maintains that there is not a superfluous letter yet alone a superfluous word in the Torah. Therefore, the rabbis asked: "Why is the word justice repeated?" Also, the verb, "pursue," which in the Hebrew is in an intense form and only appears again in the way of a commandment as to our pursuing peace. This of course lends itself nicely to if not being the inspiration for the teaching that "there can be no peace if there is no justice."

As with most rabbinic rhetorical questions, there are numerous responses. For example, justice is something we cannot passively wait for but must intensely go after and the repeated word teaches that

we cannot only talk about justice, but we must actively establish it.  The repetition of the word "justice" tells us that there needs to be justice for the innocent but also for the guilty.  This, of course, as I shared at the luncheon, raises issues as to prison reform, incarceration for minor non-violent offenses, bail related concerns and much more.  It also leads us to consider as our rabbis taught that there must be punitive justice that fits the crime, but it needs at the same to be redemptive justice or in our phrasing, rehabilitative justice.

I thank you for your patience in reading thus far.  The point is that there is no question that Harold committed the crime and there needs to be just punishment.  However, I turn to you consider how Harold unlike others I have known in similar circumstances has unequivocally admitted his guilt and the harm he has caused to others.  For this and the shame he has brought to his family and community he is wreathing as he needs to in remorse.  I am confident that Harold not only will never commit such crimes again but is determined as much as possible to help others he has hurt.  He also, very regrettably, will be a "mentor" knowingly or otherwise for others very possibly leading these others not to do or even consider doing what he did.

Along with his time incarcerated and what he reflects upon and learns. this also is redemptive/rehabilitative justice for his crime as is his ongoing financial distress, destroyed relationships, shame and all the existential experiences and circumstances he must now live with.  I am confident that good will come out of all this—not today or tomorrow but it will, and others will benefit.  Harold is determined as much as anyone in his situation that I have known to be sure this happens.  Judge Horan, it is with these perspectives and understandings and my knowing Harold as I do that I appeal to you to consider a sentence of less time in prison as compared to more.

If I can be of any further assistance, I am eager to do so.  Please do not hesitate to contact me.  I hope you and your family are well and will stay well.  Have a wonderful holiday and may all of us have a healthy and healing New Year.

In peace, shalom.

Rabbi Irvin M. Wise
Rabbi Emeritus

                                                                                          Adath Israel Congregation

Cincinnati, Ohio


Rabbi@adath-israel.org
401-252-4786

December 11, 2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

Hi, my name is Amanda Narloch, and I am writing to share my thoughts about
Harold Sosna. I met him through his brother-in-law Steve, a client of mine a little
over 10 years ago. I was a custom clothier at the time and Harold became my client
as well for the following 7 years. I always looked forward to our appointments
because I could always rely on him to be equally as respectful of my time as I was
of his, which was rare in my industry. I dealt with a lot of high-profile demanding
clients, so it was always refreshing when he was on my schedule because I knew
his personality was always going to be consistent. He has such a calm demeanor;
he was always kind and unassuming. I was deeply sorry to hear about his legal
trouble and grateful for this opportunity to write to this court.

Harold and I typically scheduled our appointments at his office. It was always very
inviting when I walked in, everyone was always nice and in good spirits. He
treated his stuff very well from what I observed, and everyone seemed happy when
he was around. The office always had a good energy about it.  As I spoke about
before I dealt with a lot of high-profile executives, and I cannot say that about most
of their offices and staff. With that being said, it was always a good day for me
when I got to go to Harold's office.

After working with someone for so long you really get to know who they are as a
person. I first-hand witnessed how success can magnify who you are as a person.
In Harold 's case, as his success grew so did his generosity. He and his family
invited my husband and I to his daughter's wedding. It was really nice, not to
mention fun to see his interaction with friends and family. I will never forget the
speech he gave; it was very touching and just reiterated who he was as a person.
The words he spoke were so heartfelt and genuine.

When my co-worker's elderly mother-in-law needed care, I referred her to
Harold's office. I had total trust in him and how he ran his facilities.  She ended up

staying in one of his facilities for a few years, she had a really good experience there and had nothing but good things to say. It's difficult sometimes to find a long-term care facility that you trust your family with. Having peace of mind that they're well taken care of is priceless and that's what he provided.

Harold texted me a link to a news article about his legal case. Later, he explained that he accepted responsibility and pled guilty in federal court. He did not hide the truth from me at all and made no excuses for his bad decisions. Again, even through this hard time, he stayed consistent with who he was and still is. I never saw ego or pride in him, so even though the news took me by complete surprise his reaction to it did not surprise me at all. Your Honor, the charges do not resemble the decent man I've known for so long. My hope in writing this is that the court will take my words and experiences with Harold into consideration while deciding his sentence.

Thank you so much for taking the time to read this letter.

Sincerely,


Amanda Narloch
4350 South Hualapai Way
Apartment 1391
Las Vegas NV 89147

Asad Ali, MD
Chief Compliance Officer
Home Care Partners of Cincinnati
6805 Cambridge Avenue, Suite 200
Cincinnati, OH 45227

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

April 19, 2021

Dear Judge Horan,

I am writing a letter of character reference on behalf of Mr. Harold Sosna.  I have worked with Harold as a
hospital physician and sent many of my patients to the buildings which he operated.  At one point in my
career, I shifted some patient practice to his nursing home buildings due to the impeccable care and high
standards of the buildings Harold operated.  Harold was very much responsible for the excellent reputation of
his post-acute facilities which clearly distinguished themselves from the many other nursing homes in the
area.  Harold has always been approachable and always strived for excellent care in his buildings.  Mr. Sosna
helped collaborate on preventing hospital re-admissions with the help of his post-acute facilities. For many
years, thousands of patient's have received excellent care in these facilities to which Mr. Sosna deserves
significant credit.

Harold is an honorable good person and was an advocate for his patients.  He truly strived to create a
"quality" organization.  I admit I was certainly shocked by the news of his crime.  In my communication with
Harold, he has completely accepted full responsibility for the mistakes he has made.  He is <u>deeply</u> remorseful
for the people he has hurt and has been overwhelmed by feelings of guilt.  He has expressed to me a
tremendous desire to make restitution to his victims and continue to serve the community in his best ability.
He has been deeply humbled by this experience.   I would ask that you understand that Harold is a genuinely
good and well-intentioned person who made a serious mistake and lapse in judgement.

I humbly ask you to please show leniency and mercy in your sentencing for Mr. Sosna.  He is a kind and good
person and has done a tremendous amount of good for our medical community here in Cincinnati.

Sincerely,

Asad Ali, MD

Director of Compliance

Home Care Partners of Cincinnati

February 2, 2021

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

I have known Harold Sosna for about 41 years. I worked with him and his father-in-law for 23 years. Then when Harold left his gather-in-law to start his own business, I followed him and worked for him for 18 years. He has always been a strong businessman. He had a great reputation with the Ohio Department of Health and with the Ohio State Fire Marshall's office.

Harold Sosna has always taken pride in his nursing homes. He always saw to it that the residents had a great place to stay, made sure they had great meals to eat and a very decent place to live. On Holidays, he would serve family meals for the residents and their families at Thanksgiving, Christmas, Mother's Day, and Father's Day.

I know only a little bit of his case, but I do feel he did do a bad thing. But knowing Harold, the only explanation that makes any sense to me is that he would have had to have been very desperate. What he did makes no sense to me otherwise. He was always a man who respected the all the rules and regulations we had to follow in our business. He was a very honest man. He was a man who was admired and respected by every person I ever met who knew him. I am sure that the pressure he must have been under was just enormous and he broke. Maybe, the COVID-19 pandemic was the last straw. No residents were being admitted and the census was dropping every day. I don't know. I'm struggling for a reason why a man like Harold, a man I have known for most of my life, a man who always stood for doing the right thing, would break the law.

Harold always tried to keep the buildings in great shape. He always put money into his buildings so that the residents would have the best living conditions possible and to meet codes and regulations. He never just took the money and ran like so many other owners in this industry did.

Harold bought this one set of nursing homes that the State of Ohio was about to shut down. They had 67 deficiencies, an enormous unheard-of number. The conditions that he found the residents in were just awful. I know how much that bothered him. It probably was not the best business decision that he's made. But he told me that no one should be treated the way those residents had been treated. Closing the facilities would have created a horrible situation for the residents and their families. Buses from other terrible facilities would show up and take the residents to their buildings which were awful too. The care would probably not be better, and the families might not be able to visit. So, Harold and his team took over and had the facilities back in compliance within six months and all the deficiencies were corrected.

On a personal level, Harold was very generous. My last day of work was the last day of September 2018, I had a back surgery in November that did not work, the Doctor really messed me up. In April of 2019, I had another surgery. The Doctor had to work on what the other doctor had messed up. Then he had to put in 4 bolts and 2 rods in my lower back. Harold kept me employed and paid the employer side of my insurance and I paid the employee side from October 2018 thru June of 2020. When the receivership took place, that came to a complete stop. I had to go on cobra Insurance for double the amount. Harold had saved me a lot of money. Now I am paying over $1000.00 a month that comes out of my 401k each month, so I am using up my money fast. I hope that I can go on Medicare in March of 2021. That will lower my cobra to half for my wife. We both had a couple of unbelievably bad years. I with my back surgery, blood clots in my legs and then in my lungs. My wife had to have a 3-way bypass surgery on her heart. If it were not for Harold, I do not know what our outcome would be today, so I am incredibly grateful to him.

It is my sincere hope that the court takes this character letter into consideration on behalf of Harold Sosna when deciding on his sentence. I know that he cannot undo his bad decisions. I know that he needs to be held accountable for his actions. I do know he has accepted full responsibility. I also know the man Harold is and that he will want to make it up to anyone he has hurt as much as possible. He will spend whatever time he has left after he has served his sentence trying to pay as much back as he can.

In short, your honor, Harold Sosna has admitted to what he did and has expressed a deep sense of remorse. Please consider all the good things this man has done and all the people he has helped in his life when deciding his sentence.

Sincerely,

Bill Hall

**Richard Weiland**
**2444 Madison Rd #1406**
**Cincinnati, OH 45208**

June 6, 2021

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

My name is Richard Weiland. I am reaching out to this court to ask that you show mercy to Harold Sosna, a man I have known for 40 years.

My life has been dedicated to serving others and standing up for what I believe. I have been doing this for a long time. I met First Lady Eleanor Roosevelt at the United Nations and marched with Dr. Martin Luther King, Jr. from Selma to Montgomery, Alabama. I also helped put a stop to the Cincinnati riots in 1967. I have been involved with Talbert House's welfare-to-work, substance abuse and mental health services; the Ohio Department of Rehabilitation and Correction's prisoner re-entry programs; and the Rev. Fred Shuttlesworth Scholarship fund for African American students at Cincinnati State. I serve on more than 30 boards and commissions and in 2016. I was inducted into Ohio's Civil Rights Hall of Fame. Also, the following are all named for me as a result of my contributions of time and money: Cedar Village Room, Marcia & Dick Weiland Theater at Camp Livingston, Weiland-Rosedale House at Kollel, Weiland-Zeff House at Halom, Gate in Mt. Scopus, Israel,  Weiland Hall at Hebrew Union College, Scholarship Fund at Jewish Community Relations Committee, Talbert House Building, Talbert House Room, Dick Weiland Ballfield on Queen City Avenue, Scholarship Fund at Cincinnati State, Weiland Hall at Hospice, Tennis Courts at Walnut Hills High School, Shuttlesworth-Weiland Room on Shuttlesworth Way, Civil Rights Room at The Holocaust and Humanity Center, Cincinnati's Children's Cystic Fibrosis and Crohn's (to be determined), "Standing up to Hate" Zone at- the Nancy and David Wolf Holocaust & Humanity Center, Purple With a Purpose t Williams College, Weiland Family for the Arts Honoring Kim Watling.

I mention all this to set context. I mention this because as a result of my efforts, I have met thousands of people in my life, some good and some not so good. Harold was one of the exceptionally good people. I know him as a successful yet still very humble man who has consistently and generously donated much time and money to many important causes including the Jewish Federation, the Jewish National Fund, the Holocaust and Humanities Center, the University of Cincinnati, Adath Israel Congregation, Halom House, AIPAC and many others.

I personally have reached out to Harold numerous times over the many years for contributions to various organizations I was involved with and Harold responded each and every time I asked. He had an outstanding reputation in the community.

He and his wife have raised six wonderful kids. Robbie, 39, graduated from the University of Miami (FL). Since then, he has lived in Miami, New York City, Los Angeles, Cincinnati, and back to Miami. He has worked in the entertainment industry and as an entrepreneur. He left LA to come back to spearhead the new family business, a Dine-in Movie Theater called Envision. Jeffrey, 37, received a scholarship and attended Indiana University where he graduated with a major in accounting. He then attended the University of Cincinnati and graduated with two Masters Degrees. He moved to New York after graduating from UC and came home to join that same new family business as the CFO. Jennifer, 35, graduated from the University of Wisconsin and also lived In NYC for several years working in the advertising industry. She met her husband Greg there. They married and began their family. They moved to Cincinnati where my daughter has been raising their three kids. She is now looking into purchasing a business that would allow her to work from home. Greg had worked for Google and came to work with Harold, in his nursing home business, in an upper management capacity. Since the demise of Premier after first being retained by the receiver, he has moved back into the digital world. Jordan, 32, attended the University of Arizona and worked a variety of jobs before also joining Envision. Zachry, 30, Attended the University of Texas (where he was admitted because of his perfect score in the math SAT) and the University of Cincinnati where he graduated with a BA. He has worked for a sleep away camp in North Carolina and subsequently joined Envision. Brandon 28, graduated from the University of Pennsylvania. Upon graduation, the Ivy Leaguer returned home from Philadelphia and began working at the University of Cincinnati as an assistant to the Athletic Director, Mike Bohn. He then applied for and received an opportunity to join the Cleveland Browns organization as first an intern and then as an assistant to director of player personnel. Mike and UC lured him to come back there where he stayed until Mike was appointed the Athletic Director at the University of Southern California. Mike took only one staff person with him when he departed for USC, Brandon. Brandon serves as his Chief of Staff. The four older boys are all in various stages of acquiring businesses and will go wherever their opportunities take them.

They were a very admired family. Harold was a very successful and very respected operator in the nursing home business. He thrived because he was passionate about it. He was entrusted with the lives of thousands of residents who he cared for in his five star rated facilities over the 40 years he served in the field. He was a leader of an outstanding company. He provided many thousands of employees with hundreds of millions of dollars in salaries. As an example of his leadership and integrity, he was elected to serve two terms as President of the Ohio Academy of Nursing Homes, a statewide advocacy association.

When the news broke about Harold being accused of bank fraud, I was caught completely off-guard. I could not believe that Harold had broken the law. This was not the honest and honorable man I knew. I would have never believed him capable of committing a crime. I reached out to Harold, to offer support. He was very contrite. He accepted full responsibility for his actions. He was devastated by all the harm he had caused and all the victims of his actions. His good name was destroyed. His family's reputation ruined. The embarrassment they are feeling is beyond description. As noted above the children who live in Cincinnati are all contemplating a move elsewhere. His wife Faye has moved to Florida. Robbie has moved there too. He has lost everything.

Your honor, Harold's life will now be defined by the crime he committed and all the good people and institutions he hurt. It will no longer be defined by who he was for the first 65 plus years of his life. All the good he did and all the people he helped is no longer who he is. But I humbly beseech this court to keep in mind the truly wonderful, compassionate, caring man he was when deciding on his fate. I know that when his sentence has been served, he will devote the rest of his life to restitution for the victims.

Sincerely,

Richard Weiland

Edward Dollin
9758 Pinto Court
Cincinnati, OH 45242

December 11, 2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

Thank you for taking time to review this character reference letter in support of my friend,
Harold Sosna.

I first met Harold 35 years ago at Cincinnati's Adath Israel Congregation where we are both
members. We developed a friendship playing pick-up games of football and dining out with
other couples. As our children grew up, we stayed friends. Harold shared my father's season
tickets to the Cincinnati Reds for years, enabling Harold and his entire family to develop a
relationship with my parents.

Harold to this day adores his children and is so proud of their academic and professional
success.  Harold was and is always there for their support.

My father spent his final months in the Madeira Health Care Center, one of Harold's nursing
homes. My father received outstanding care. The nursing staff was cheerful, compassionate,
and attentive to my father's needs. The facility was clean, comfortable, and well-maintained.
As my father took his final breath while a nurse held his hand and was streaming his favorite
big band music on her phone. I will always be grateful to Harold and his team for showing
such love and care for my father.

Harold's children came to pay their respects for my father as my family sat shiva. They are a
fine testament to their parent's good heart and generous spirit. They gained their hard-
working attitude from Harold along with being intelligent, polite, and kind. Knowing how
close they are to their father, it is heartbreaking to see these terrible events unfold.

Harold was the last person I ever imagined getting into such serious legal trouble. He enjoyed
an excellent reputation for charitable, law-abiding, honorable citizenship. Harold was a
generous benefactor to our synagogue and donated to the athletic department at his beloved
University of Cincinnati sports teams. I did not often ask friends for business advice but once
Harold help me steer clear of problems through his advice.  Harold's actions in this case are
completely out of character for what I know of him.

I was very disappointed to hear that Harold had broken the law. I wish he would have sought bankruptcy protection before taking such extreme measure to save his business. We spoke in person about what went wrong. It was obvious that he felt responsible for all his employees and patients, plus his children and their families. He had the weight of the world on his shoulders then COVID-19 added even more pressure to his financial problems. In my opinion, it was the perfect storm and a real tragedy. I do not believe Harold had any malicious intent to do harm.

Your Honor, Harold took responsibility and knows that there will be serious consequences for his actions. I urge this court to review his life story and consider all the good work he did for people in Cincinnati. I know that my father was one of thousands of elderly residents who were given their dignity thanks to Harold. I hope this court will consider handing down a lenient sentence in this case.

With respect,


Edward Dollin

12/30/2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

I am writing to you on behalf of Harold Sosna. I respectfully ask you to be as merciful as possible in his sentencing. I was shocked to find out about his crime. His actions do not reflect the person I know Harold to be. In the 15 years I have known Harold he has been an honorable and generous person.  My first thought in learning about his offense was that he did not do what he did out of greed but, in an attempt, to make everything work for his clients and his employees. It is my understanding that Harold is remorsefully and has accepted full responsibility for his mistakes. Upon his release, I believe, he will do all he can to make restitution to his victims.

His senior living facilities were run in a very professional manor. I know this by observation and interaction with Harold and with his staff. Additionally, my mother-in-law spent the last days of her life in one of Harold's facilities. The facility and her treatment were excellent.

Our company, over the last 15 years, has helped him reduce his energy usage and his costs. Additionally, we were able to help his company reduce their federal, state, and local property taxes utilizing various Federal, state & local available programs.

Despite the fact that our company is currently owed over $500,000 for our services, I respectfully ask that you consider the totality of Harold's life as you determine his sentence and how he can best make meaningful restitution.

Thank you in advance for your consideration,


Jeff Liebert
Director, TE Fusion Group



513-646-2005
Jeff.Liebert@tefusiongroup.com
www.tefusiongroup.com

7/30/21

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219


Dear Judge Horan,

I'm writing to you in the hopes that you might come to better understand the man, Harold Sosna, as I knew him for well over 15 years now.

For two decades I have been a technology contractor in the Greater Cincinnati area - it's how I first came to meet Harold. Harold contracted my company during the early stages of building his current home in Montgomery.

I remember meeting Harold for the first time and thinking that he seemed like a pleasant, nice, and decent enough person. Of course, this is the same persona that almost every one of my clients displays when meeting with me for the first time.

It wasn't till months and even years of working with Harold that I came to realize the real reason that I liked him so much. You see, Harold was one of the most genuine human beings I have ever met in my years as a contractor. The persona he presented to me on the first day I met him was the actual person he was throughout my years of servicing him. And while being pleasant, nice, and decent may seem like unremarkable traits that many possess, I have come to learn that they are traits that are easily compromised when faced with even the mildest form of adversity.

I realize that the person I just described may not be the person that you see as you ponder Harold's sentence, and for that, I have no answer. But I have talked to Harold since his plea and all I can say is that even when presented with the harshest adversity, Harold is still Harold.

He has never shirked the responsibility that he bears or made excuses for his actions. He repeatedly expressed to me the remorse he feels for the lives he has hurt. He is honest in every assessment of his behavior and fully expects that what he is about to receive, is no less than what he deserves. And while I suspect that most who would find themselves in this unimaginable situation would instinctively feel sorry for being caught, I know that Harold only feels an overwhelming sense of guilt for what he has done.

I ask you, Judge, that you show my friend mercy when considering his sentence. Not because his actions are not deserving of punishment, but because I know that any leniency granted to Harold would result in a lifetime commitment to making restitution to his victims.

Thank you,
Joe Baum

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

Thank you for taking the time to read this letter.  I am a business man in Cincinnati that has started and run many successful businesses.  One of my businesses was Neace Lukens issuance agency where I had the pleasure and honor to do business with Harold Sosna for over 25 years.

As an insurace agent you get to personally know your client in many situations.  Over the 25 years that I have known and interacted with Harold he has always been straight forward and completely honorable in all of his dealings with me.  I always have and still do consider him a good friend.

When I heard about what Harold had done I was shocked and very sad.  I know in talking to Harold he has taken full responsibility and wants to make restitution for his actions.  I  know that Harold did not do this because of greed or pride. He unfortunately found himself in a position where his business was failing with all of the issues in his industry, the Coronavirus etc and he made a terrible decision to do what he did thinking he could save his business.

Harold always has been and always will be a good man that served his community with upstanding morals and integrity.  He served a population of the most vulnerable in our society and he always ran a great organization that respected his clients and employees.

My company was not immune to the loss.  We lost $500,000 because of Harold's actions.  I know that it was never Harold's intention to hurt us, I know that he was trying his hardest to make good on all his obligations.  I personally don't care about the $500,000 my relationship and my respect for Harold far out ways any money he owes us.

I ask you to show mercy to a man that no doubt has done something very wrong but also a man that has lost everything already because of his actions.

If for any reason you want to discuss this with me personally I am always available by phone 513-515-6868.

Sincerely,


Joe Lukens

**Julie Keim**
**50 Lookout Court**
**Urbana, OH  43078**

December 11, 2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

I worked for Harold Sosna for 19 years at the Southbrook Care Center in Springfield, Ohio. Many of the staff members are long-term employees like me with over fifteen years in our positions. Southbrook is a wonderful workplace and loving community of staff and residents. I give credit to Harold Sosna's caring heart and his dedication to other people. I was heartbroken to hear about Harold's legal trouble. I know that Harold would never intentionally do harm to anyone. So, I am proud to submit this letter with my hopes that Harold will be given the most lenient possible sentence.

As the Director of Environment, it is my duty to supervise the housekeeping and laundry at Southbrook. My team does an excellent job keeping our facility clean, safe, and comfortable for everyone. Harold visited Southbrook regularly to check in and show his appreciation for our hard work. He had a strong connection with the staff members. He spoke to us more like friends and neighbors than employees. Harold made sure we knew how important we were to him. If anybody needed anything, he did everything possible to take care of the issue.

We all knew that Harold's priority was taking care of people: staff and residents. If residents complained about a meal, Harold changed the menu. We threw special holiday parties for residents and their families. After the staff at Southbrook put in extra work to accommodate a construction project, Harold sponsored a trip for all of us to go to Miami. When a staff member died of a heart attack at work, Harold paid for her funeral, knowing that her family could not afford it.

Every year, Harold took the entire team from all his facilities out on a boat for fireworks. There were about a hundred people at those annual parties. We felt like an extended family and I'd say we were all happy and grateful to work for Harold. There was always a good feeling of community and purpose when we gathered together. This was thanks to Harold. We knew that Harold saw us as human beings and valued our work.

When the COVID-19 pandemic hit, Harold made sure we had the necessary PPE. He gave us clear, comprehensive direction in the midst of great fear and stress. We created a secure unit for our residents who tested positive. He paid staff extra to recognize our extraordinary efforts. These extra expenses came when COVID-19 drastically reduced our admissions for post-surgery rehabilitation. I am certain that the financial strain was significant during this period. Still, Harold never missed payroll and spent whatever necessary to respond to the pandemic crisis.

Your Honor, I am aware that Harold pled guilty to breaking the law. He is a good man and I admire him for being honest with this court. I also care for Harold Sosna and believe that he did not take these actions out of greed. It is my belief that he found himself in the perfect storm and made bad decisions under pressure. This case does not change my opinion of Harold. I have seen his good works up close for almost twenty years. I am proud to say I worked for him and will remember his kindness forever.

Sincerely,

Julie Keim

Dear Honorable Marilyn J. Horan,

My name is Samuel Berger, and I am an employee of Premier Healthcare Management. I started with the company on September 28, 2001. Harold interviewed me to be the bus driver for Livingston Care Center in Dayton, Ohio. In the almost twenty years of employment, I have several occasions to talk with Harold, and have seen many good attributes displayed by him. On one occasion, when they first started with direct deposit, there was a glitch. The checks (deposits) were going to be delayed an extra day. Harold, and the Administrator set up in the soda shop to give each employee ten dollars to buy milk, diapers, gas, or whatever they would need to get by for that extra day. On another occasion, there was a resident that discharged and moved to Indiana. He was nearing end of life and wanted to come back to Dayton for his final days. Harold paid the Admissions Director to go to Indiana and move the resident back to Livingston. Harold has always displayed a love for his buildings, employees, and residents. I have no doubt that Harold would not do what he has done intentionally, for sure not for personal gain. With the covid hitting the state, and we are still dealing with the virus, with our rehab hall being used for covid isolation, the business was crippled. I am also sure that with hindsight, as with all of us, he would have done things different. I went to see him a few weeks ago to check on him, and he, through tears, said he so sorry for hurting me, and doing me, and everybody wrong. I told him I never felt like he did me wrong, and what he did was not intentionally, and I felt the same way about him as before any of this happened. Who was to know this virus would be so devastating to lives, and business. I feel it important to plead with you to show mercy to Harold, because I am fully persuaded that he is very sorry for what has happened, and I esteem him as a good man that I was honored to work for, and would continue to work for. I ask you to consider these things when you render your decision.

Thank you for your time

Sincerely,

Samuel Berger

Transportation Coordinator

(937) 672-4330

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph  F. Weis, Jr U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219


Dear Judge Horan,

 I'm writing you this letter on behalf of Harold Sosna, Harold and I have been friends and had a long business relationship. I'm a flooring contractor and have worked on many of his building projects. Harold has always been the type of person that has been fair and honest in all our business practices. I've seen him pay contractors for work that he shouldn't have but he did so that they were treated right. I've also come to know his family and he is very much a family-oriented person.
 I do not know anything about his case in front of you, but I do know he not a person that is only looking out for just his own interest. I would be happy to do business with him in the future if the opportunity arises.
 Thank you for your time and consideration of this letter in Mr. Sosna's behalf.


Scott Stringer
809 Marion Ave
Maineville ,Ohio 45039
513-646-5730

Tia Anspach
3095 Shaker Road
Franklin, OH  45005

December 9, 2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

My name is Tia Anspach and I worked for Harold Sosna for approximately thirty-five years. I remain very proud of our work together caring for the elderly residents of our facilities. Harold always treated me and all his employees with kindness, generosity, and respect. When this legal case began, Harold sat down with me in person and told me what was happening. I was absolutely shocked. Never in a million years could I have imagined such terrible news. Harold was frank and clear that he violated the law. He took personal responsibility for his actions and blamed no one but himself. Your Honor, I am grateful for this opportunity to tell you about Harold from my point of view.

Harold cared deeply about the residents, their families, and the staff. His compassion is the primary reason I stayed with his companies for over three decades. It was extremely important to Harold that everyone was taken care of properly. For the residents, that meant hiring a well-trained, full staff and responding to specific needs when they came up. Harold invested in our buildings and the quality of our basic equipment and supplies.

For a while, I worked as the admissions director. I could confidently tell families that I would feel good about my own family members staying in our facilities. In fact, my father did stay in our Forest Hills building. Many of our staff members placed their own parents in our facilities. We all knew that Harold set high standards. His good heart and kind spirit was evident everywhere.

When COVID-19 hit Cincinnati, Harold did everything in his power to handle the crisis as well as possible. He immediately leapt into action to acquire PPE to protect the staff. He was constantly on the phone with local hospitals and healthcare leaders to get the best possible information. As always, Harold's primary concern was the wellbeing of the residents and the staff.

Over the years, I saw Harold help individual employees during times of personal crisis. All the long-term staff knew that they could turn to Harold in a family emergency situation. Once, one of our directors of nursing suffered a horrific trauma involving the violent death of her two-year

old daughter. Harold expressed his support and paid for the child's funeral. Harold treated me like a member of his family and sent graduation presents to all of my children. It was clear to me that family came first for Harold. He was devoted to his six children and loved to share all their good news and accomplishments.

Harold also created a culture of strict legal and regulatory compliance. We had multiple systems in place to make sure we did everything the right way. He frequently emphasized the importance of doing everything by the book. This was another reason I felt so good about working for Harold. He ran an honorable and honest business that cared for thousands of vulnerable seniors over the years.

In all my time working for Harold, he never missed payroll. He knew that staff members depended on him for their livelihoods. Harold took this responsibility very seriously. Now that I know the whole story, I see how this played a part in this legal case. Harold explained that he should have filed for bankruptcy before violating the law. Knowing him as I do, I see how that would be hard for him with so many people relying on him, especially during a global pandemic.

Your Honor, Harold's actions in this case are completely out of character for the fine man I've known since 1985. Harold has touched the lives of countless residents, staff, and their families. He has done so much good for so many people. I hope this Honorable Court will review his extraordinary career of service to other when deciding his sentence. I urge this court to show mercy to Harold Sosna.

Sincerely,


Tia Anspach

December 22, 2020

Honorable Marilyn J. Horan
United States District Judge
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Horan,

I am writing on the behalf of Harold Sosna, whom I have known for the past 15 years. My name is Toni Powell, I am a former employee of Premier Health Care Management, in which I worked in multiple care facilities owned and operated by Mr. Sosna throughout my career as a nurse.

In the time I have known Harold Sosna I have come to see that he is a genuinely kind, caring and giving man.  Harold Sosna helped me pay for my schooling to thus further my career, not once but twice in the past 15 years. Along the way always checking to see how things were going, and encouraging me along the way.  I also know that Harold Sosna has paid for funerals, and helped multiple others during hardships and in times of need.

Harold Sosna cared very much about the people that resided in his nursing homes, and strive to make sure that his company provided the best care and remained a reputable company.

I do know that like any other human being, Harold had some personal hardships, and even during these hardships, he continued to do everything he could to make sure that myself and other employees whom he worked closely with who ran his buildings had everything we needed, especially when COVID presented, he went out of his way to ensure we had everything we needed to keep us working in a safe environment.

I was in shock and disbelief when I had learned that Harold had lost Premier and was facing charges. Harold has always been a reputable and trustworthy person.  I know that this company was his life, and I don't believe that this transpired out of bad intent, or for him to prosper from. I believe that a series of events, personal hardships, bad circumstances and decisions is what has led up to the charges he is facing today.

I know that Harold is a good person.  He has made mistakes, and these mistakes have affected a lot of people.  I also know that his reputation has been damaged and many relationships in his life he will have to work at repairing. I am writing this letter to offer a more complete picture of who Harold Sosna is as a person.  I hope it will be taken into consideration at the time of sentencing.


Sincerely


Toni Powell



April 21, 2021

Harold Sosna
8008 Deershadow Lane
Cincinnati, OH 45242

Dear Mr. Sosna:

On behalf of our team at the Prison Professors Charitable Corporation, please accept this letter of gratitude for your contribution for the scores of hours you've spent volunteering with us.

Use the following link to access the online version of the course you helped us create:

• Being the CEO of Your Life
• Through our program, more than 100,000 people in jails and prison will have access to your course.

We understand that you're facing the possibility of imprisonment.

We're thrilled to learn of your commitment to continue contributing to our program, even though you may have to do so while serving a prison term. We're very grateful for your continuing support of time and energy. Your contributions strengthen our message on the importance of working to reconcile with society.

To confirm, we're an IRS approved 501c3 with the following identification number:

» Prison Professors Charitable Corporation
» IRS Number: 85-2603315
» https://businesssearch.sos.ca.gov/CBS/Detail

Since 2009, our team has worked to build safer communities. We create programs to teach and inspire people in prison, at-risk youth, and we open employment opportunities for formerly incarcerated people. We consider your background as a job creator as being enormously valuable to our mission, and we thank you for the time you devoted to help us develop a self-directed learning course for people in jail and prison.

In the event that your judge imposes a non-incarcerative sentence, such as home confinement or probation, we would welcome your leadership. Although we are a small nonprofit, we would seek sponsorship to provide you with a meaningful income. We could start that work immediate-

ly upon knowing your ability to join our team. Specifically, we would like your help with leadership in growing our organization and also in creating more courses like the one that you helped us develop. We view you as an enormously valuable resource, and we're hopeful that you can join our team.

We appreciate your commitment to making restitution to the people harmed by your crime, and we want to help in that regard. In that spirit, if your judge chooses to impose a term of imprisonment, please know that we will have a job waiting for you as soon as you're able to join us.

Administrators in jails and prisons have tasked us with creating new coursework specifically for people in jails and prisons. Those people have a particularly difficult time finding employment in this COVID environment. Our entire society benefits when leaders like you provide guidance in job training.

We appreciate your offer to continue helping us to develop coursework that we can distribute to jails and prisons across America. As we discussed, in addition to creating new digital coursework, we need assistance with:

» Strategy review & tactical project implementations
» Identifying & implementing projects central to increasing the Foundation's reach to people in need
» Reformatting of educational videos
» Compressing of educational videos
» Publishing educational video into new platform for use in jails and prisons

During the COVID era, people in prison are more in need than ever of the self-directed digital content we provide. As long as you remain free, please continue with the work that you've been doing to help us develop and distribute content.

To confirm what we've discussed during our conversations, the following agencies use our Straight-A Guide program:

» Every state prison in the state of California
» United States Penitentiary, Atwater, CA
» Federal Correctional Institution, Victorville, CA
» United States Penitentiary, Florence, CO
» Federal Holding Center, Mecklenburg County Jail
» Edovo Tablets

The following links will show testimonials we've received from law enforcement officers, or people that administer programs in jails and prison. Those PDF links show how we're working to improve outcomes of America's prison system. We could not make this impact on society without your contributions:

• Federal Bureau of Prisons



**Prison Professors Charitable Corporation / 501c3 / IRS #: 85-2603315**
**32565 Golden Lantern Street, B-1026 / Dana Point, CA 92629**

- California Department of Corrections
- Washington State Department of Corrections
- Edovo Tablets that Publish our Content

We are desperately in need of leadership like you can provide. We need guidance to scale our program, and we're hopeful that you will be able to assist us.

Until the pandemic ends, our group can only distribute our educational materials through this video format and we're hopeful that you can help us. Once the pandemic ends, we'd welcome your leadership in other ways, too—such as creating additional educational content to teach and inspire people in jail and prison.

Your probation officer can review some of our content by visiting our YouTube channel through this link. We create new digital content every day. Some of the specific projects we could use assistance with, in addition to the video reformatting you've been doing, include:

- » Helping us develop best practices.
- » Developing new coursework to teach more people from vulnerable populations, especially young men and women.
- » Generating more financial resources that we can use to both create content, and to open employment opportunities for formerly incarcerated people.
- » Identifying formerly incarcerated people we can interview and profile through our video and audio coursework.
- » Contributing to our Customer Relationship Management system that we can use to interact with law enforcement professionals.
- » Helping to coordinate regular mailing to jail and prison administrators.
- » Identifying potential employers that will participate with our educational programming.
- » Content management for the coursework we create.

We will be grateful for any amount of time that you can devote to this project.

As soon as you have clarity with regard to your sanction, please let us know. We will begin assigning tasks and measuring hours. To complete these tasks, you will work remotely, so you will need access to a telephone and a computer with Internet connectivity. If prison is a part of your future, we will create a work process to ensure that you can continue working to influence society in a positive way. We appreciate your contributions.

Again, I'm writing to thank you for the time you've donated to the Prison Professors Charitable Corporation.

Sincerely,

*Michael Santos*

Michael Santos,



**Prison Professors Charitable Corporation / 501c3 / IRS #: 85-2603315
32565 Golden Lantern Street, B-1026 / Dana Point, CA 92629**